G:\215200\215228\SETTLEMENT STIPULATION v3.doc
**Fox and Fox Attorneys at Law, P.C.**
BY: Craig H. Fox, Esquire
I.D. No. 49509
One Montgomery Plaza, Suite 706
425 Swede Street
Norristown, PA  19401
(610) 275-7990

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| William H. Johnson, aka | : | |
| William Harry Johnson, | : | |
| Debtor(s) | : | BANKRUPTCY NO. 15-18005-jkf |
| | : | |
| Springleaf Financial Services | : | |
| Of Pennsylvania, Inc. | : | Adversary Proceeding |
| v. | : | |
| William H. Johnson, aka | : | No. 16-00058-jkf |
| William Harry Johnson | : | |

### STIPULATION OF SETTLEMENT OF ADVERSARY ACTION

The parties hereto, by and through their counsel, hereby stipulate and agree that the above referenced adversary action be settled in accordance with the terms and conditions set forth herein:

1. Springleaf commenced the above captioned adversary proceeding asserting that the debt (the "Debt") owed to Springleaf by Johnson, evidenced by a Loan Agreement and Disclosure Statement dated October 21, 2015 (the "Loan Agreement") was non-dischargeable.

2. Thereafter, Johnson filed an answer ("Answer") to the Complaint.

3. The parties hereto have agreed to enter into this stipulation to resolve the Complaint.

4. Debtor agrees to execute any and all documents necessary to accomplish the intent and purposes of this stipulation.

5. If this case is dismissed or converts to another Chapter under the Bankruptcy Code, Springleaf and Johnson agree that $5,204.88 of the Debt shall be non-dischargeable, and that Johnson shall not receive a discharge of liability as to such amount.

6. In conjunction with this Settlement Stipulation, Johnson shall file an Amended Chapter 13 Plan pursuant to which $5,204.88 shall be paid to Springleaf through the Bankruptcy by the Chapter 13 Trustee.

7. Upon successful completion of the Amended Chapter 13 Plan by Johnson and receipt of the $5,204.88 by Springleaf, the remainder of the balance owed by Johnson to Springleaf shall be discharged.

8. The terms of this stipulation shall survive discharge of the Debtor from Bankruptcy and/or dismissal of the instant Bankruptcy.

9. Each party has read the terms of the stipulation and has had the assistance of legal counsel of his/its choosing.

10. This Stipulation of settlement may be executed in one or more counterparts.

11. This Stipulation is subject to the approval of the United States Bankruptcy Court supervising the bankruptcy case of Debtor by the approval of the Stipulation.

IN WITNESS WHEREOF, the parties hereto, by and through their counsel, have executed this Stipulation on the date shown below.

FOX AND FOX ATTORNEYS AT LAW, P.C.

/s/ Craig H. Fox

Date: May 20, 2016    By: _____
CRAIG H. FOX, ESQ.
Attorney for Springleaf Financial
Services of Pennsylvania, Inc.

Date: May 20, 2016    By: _____
Joseph L. Quinn,
Attorney for Debtor

**NO OBJECTION** *

Date: July 14, 2016    By: _____
William C. Miller, Trustee

APPROVED BY THE COURT:

_____
J.

* Provided plan is confirmed at, and remains at, 100% dividend to unsecured creditors.